IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN FREDRICK DILLARD, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. CV-05-294-S-BLW <br><br> **JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is DISMISSED with prejudice.

DATED: **March 10, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**